# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 21-1042**  **September Term, 2023**

FERC-173FERC61156
FERC-174FERC61141
FERC-Project No. 2629-028

**Filed On: September 13, 2023** [2016693]

Village of Morrisville, Vermont,

      Petitioner

   v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Vermont Agency of Natural Resources,
               Intervenor

------------------------------

Consolidated with 21-1109

## O R D E R

Upon consideration of petitioner's motion to hold case in abeyance, it is

**ORDERED** these consolidated cases remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings in these consolidated cases by December 18, 2023.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Louis Karl Fisher
      Deputy Clerk