# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Village of Morrisville, Vermont, )<br>    Petitioner, )<br> )<br> v. )<br> )<br>Federal Energy Regulatory Commission, )<br>    Respondent, )<br> )<br>Vermont Agency of Natural Resources, )<br>Intervenor. ) | No. 21-1042<br>No. 21-1109 |

## UNOPPOSED MOTION OF PETITIONER
## TO GOVERN FUTURE PROCEEDINGS

Pursuant to Fed. R. App. P. 27 and Circuit Rule 27, Petitioner, Village of Morrisville, Vermont, files this Motion to Govern Future Proceedings. By order dated September 13, 2023, the parties were directed to filed with the Court motions to govern future proceedings in these consolidated cases by December 18, 2023.

The Federal Energy Regulatory Commission (FERC), Respondent, and the Vermont Agency of Natural Resources (VANR), Intervenor, do not oppose Petitioner's proposed schedule.

In compliance with the September 13, 2023 Order, Petitioner, Village of Morrisville, proposes the following schedule:

| Petitioner's Opening Brief | Monday, March 18, 2024 [@ 90 days after filing motion to governing] |
|---|---|
| Respondent's Brief | Tuesday, May 28, 2024 [@ 71 days after Opening Brief ] |
| Brief of Intervenor Vermont Agency of Natural Resources | Monday, June 17, 2024 [@ 20 days after Respondent's Brief – extended to accommodate July 4, 2024] |
| Petitioner's Reply Brief | Friday, July 26, 2024 [@ 59 days after Respondent's Brief] |
| Deferred Appendix | Friday, August 23, 2024 [@ 28 days after Reply Brief to accommodate Labor Day, etc.] |
| Final Briefs | Monday, September 23, 2024 [31 days after Deferred Appendix] |

Petitioner's proposed dates take into account the intervening Federal and State of Vermont holidays, and the winter and spring holiday seasons.

**Wherefore,** Petitioner, Village of Morrisville, Vermont, respectfully requests an order adopting the briefing schedule set forth herein.

Respectfully submitted,

*Paul V. Nolan*

Paul V. Nolan
5515 17th Street North
Arlington, Virginia 22205-2722
703-587-5896
pvnpvndiver@gmail.com
Counsel for Petitioner

                Carolyn Elefant
                LAW OFFICES OF CAROLYN ELEFANT
                1440 G Street N.W., Eighth Floor
                Washington D.C. 20005
                202-297-6100
                carolyn@carolynelefant.com
                Counsel for Petitioner

December 18, 2023

## CERTIFICATE OF COMPLIANCE

1.This document complies with this Court's type-volume limitation because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and Circuit Rule 32(e)(1), this document contains 472 words.

2.This Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

3.This Motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14pt Times New Roman.

Dated: December 18, 2023

*Paul V. Nolan*
_____
Paul V. Nolan
5515 17th Street North
Arlington, Virginia 22205-2722
703-587-5896
pvnpvndiver@gmail.com
Counsel for Petitioner

## CERTIFICATE OF SERVICE

I certify that on this 18th day of December 18, 2023, I caused to be served a copy of the Motion to Govern Future Proceedings on all of the parties through the ECF filing system.

Respectfully submitted,

*Paul V. Nolan*

Paul V. Nolan
5515 17th Street North
Arlington, Virginia 22205-2722
703-587-5896
pvnpvndiver@gmail.com
Counsel for Petitioner

December 18, 2023