**ORAL ARGUMENT NOT YET SCHEDULED**

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| Village of Morrisville, VT | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 21-1042, et al. |
| Federal Energy Regulatory Commission, | ) | |
| | ) | |
| Respondent | ) | |
| | ) | |

**UNOPPOSED MOTION OF RESPONDENT
FEDERAL ENERGY REGULATORY COMMISSION
TO MODIFY BRIEFING SCHEDULE**

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Circuit Rule 27, Respondent Federal Energy Regulatory Commission moves this Court—without opposition—to amend the briefing schedule established by this Court in its December 19, 2023 order.

As revised, the new briefing schedule would set the following

deadlines:

| Respondent's Brief | June 18, 2024 |
| Intervenor for Respondent's Brief | July 8, 2024 |
| Petitioner's Reply Brief | August 16, 2024 |
| Deferred Appendix | September 13, 2024 |
| Final Briefs | October 15, 2024 |

Counsel for the Commission has contacted counsel for Petitioner (Village of Morrisville, VT) and Intervenor (Vermont Agency of Natural Resources) and is authorized to state that Petitioner and Intervenor do not oppose this motion.

Good cause exists for modifying the briefing schedule. Under the current schedule, Petitioner filed its opening brief on March 18, 2024, and the Commission's brief would be due on May 28, 2024. These proposed modifications would accommodate the Commission's caseload before the D.C. Circuit and the Commission's internal review and approval process. As briefing in this case is still at an early stage, and an oral argument date has not been set, these proposed modifications will not unreasonably delay the disposition of this case.

Accordingly, the Commission respectfully requests that the Court

modify the briefing schedule described above.

                                          Respectfully submitted,

                                          Robert H. Solomon
                                          Solicitor

                                          */s/ Scott Ediger*
                                          Scott Ediger

Federal Energy Regulatory
  Commission
888 First Street, NE
Washington, DC 20426
Telephone: (202) 502-8509
Email: scott.ediger@ferc.gov

May 8, 2024

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 211 words.

I further certify, pursuant to Fed. R. App. P. 27(d)(1)(E), that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in Century Schoolbook 14-point font using Microsoft Word.

*/s/ Scott Ediger*
Scott Ediger

Federal Energy Regulatory
 Commission
888 First Street, NE
Washington, DC 20426
Telephone: (202) 502-8509
Email: scott.ediger@ferc.gov

May 8, 2024

# CERTIFICATE OF SERVICE

I hereby certify that, on May 8, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Scott Ediger*
Scott Ediger

Federal Energy Regulatory
  Commission
888 First Street, NE
Washington, DC 20426
Telephone: (202) 502-8509
Email: scott.ediger@ferc.gov

May 8, 2024