# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 21-1042　　　　　　　　　　　　　　　　　　September Term, 2023

FERC-173FERC61156
FERC-174FERC61141
FERC-Project No. 2629-028

Filed On: May 9, 2024 [2053649]

Village of Morrisville, Vermont,

　　　　Petitioner

　v.

Federal Energy Regulatory Commission,

　　　　Respondent

------------------------------

Vermont Agency of Natural Resources,
　　　　　　　　Intervenor
------------------------------

Consolidated with 21-1109

## **O R D E R**

　　Upon consideration of respondent's unopposed motion to modify the briefing schedule, it is

　　**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---:|
| Respondent's Brief | June 18, 2024 |
| Intervenor for Respondent's Brief | July 8, 2024 |
| Petitioner's Reply Brief | August 16, 2024 |
| Deferred Appendix | September 13, 2024 |
| Final Briefs | October 15, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
　　　Michael C. McGrail
　　　Deputy Clerk