# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-1042**                                                     **September Term, 2023**

FERC-173FERC61156
FERC-174FERC61141
FERC-Project No. 2629-028

**Filed On: July 1, 2024** [2062370]

Village of Morrisville, Vermont,

       Petitioner

   v.

Federal Energy Regulatory Commission,

       Respondent

------------------------------

Vermont Agency of Natural Resources,
               Intervenor
------------------------------

Consolidated with 21-1109

## O R D E R

    It is **ORDERED**, on the court's own motion, that the briefing schedule entered on May 9, 2024, be suspended pending further order of the court.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                        BY:    /s/
                                      Laura M. Morgan
                                      Deputy Clerk