# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 21-1042                                  September Term, 2024

FERC-173FERC61156
FERC-174FERC61141
FERC-Project No. 2629-028

**Filed On: July 10, 2025** [2124750]

Village of Morrisville, Vermont,

        Petitioner

    v.

Federal Energy Regulatory Commission,

        Respondent

------------------------------

Vermont Agency of Natural Resources,
        Intervenor
------------------------------

Consolidated with 21-1109

## M A N D A T E

    In accordance with the order of May 16, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

           BY:    /s/
                      Michael C. McGrail
                      Deputy Clerk

Link to the order filed May 16, 2025